1:11cr13-R

FILED
VANESSA L. ARMSTRONG, CLERK
FEB 06 2013
U.S. DISTRICT COURT
WESTERN DIST. KENTUCKY

2-2-13

Dear Judge

your honour i write you again because i want To Appeal my case And i don't KNOW How To do it. The last Time i seen my Attorney in The court he Told me he going do it For me. i want To Appeal my case And i want mr. EARHART be my Attorney.

Thank you ● your honour For your Time.

respectfull
mohanad Hammadi